**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Rhode Island (State)

Case number (*if known*): 26-     Chapter 11

☐ **Check if this is an amended filing**

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

**1. Debtor's name**

Interval Owners' Association: The Bay Voyage, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and doing business as names

**3. Debtor's federal Employer Identification Number (EIN)**

05-0425666

**4. Debtor's address**

**Principal Place of Business**

150 Conancius Ave
Number Street

Jamestown RI 02835
City State ZIP Code

County

**Mailing address, if different from principal place of business**

115 Long Wharf
Number Street

P.O. Box
Newport RI 02840
City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other. Specify:

**7. Describe debtor's business**

**A.** ***Check one:***

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

**B.** ***Check all that apply:***

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
5312

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

***Check one:***

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply:*
  - [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [x] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] **No**
- [ ] Yes. District ______ When ______ (MM / DD / YYYY) Case Number ______
  District ______ When ______ (MM / DD / YYYY) Case Number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ **No**
☐ Yes. Debtor ______ Relationship ______
District ______ When ______ MM / DD / YYYY
Case number, if known ______

**11. Why is the case filed in this district?**

***Check all that apply:***

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other ______

**Where is the property?** ______
Number Street
______
City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance Agent ______
Contact name ______
Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

***Check one:***

☑ Funds will be available for distribution to unsecured creditors
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 |
| ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 |
| ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 |
| ☐ More than 100,000 | | |

**15. Estimated assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [x] $500,001 - $1,000,000
- [ ] $1,000,001 - $10,000,000
- [ ] $10,000,001 - $50,000,000
- [ ] $50,000,001 - $100,000,000
- [ ] $100,000,001 - $500,000,000
- [ ] $500,000,001 - $1,000,000,000
- [ ] $1,000,000,001 - $10,000,000,000
- [ ] $10,000,000,001 - $50,000,000,000
- [ ] More than $50,000,000,000

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [x] $500,001 - $1,000,000
- [ ] $1,000,001 - $10,000,000
- [ ] $10,000,001 - $50,000,000
- [ ] $50,000,001 - $100,000,000
- [ ] $100,000,001 - $500,000,000
- [ ] $500,000,001 - $1,000,000,000
- [ ] $1,000,000,001 - $10,000,000,000
- [ ] $10,000,000,001 - $50,000,000,000
- [ ] More than $50,000,000,000

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/06/2026
MM / DD / YYYY

Signed by:
/s/ Brennan Handfield Brennan Handfield
A76473234252441
Signature of authorized representative of debtor

Brennan Handfield
Printed name

Title President

**18. Signature of attorney for debtor**

/s/ Richard J. Land
Signature of attorney for debtor

Date 11/06/2026
MM / DD / YYYY

Richard J. Land
Printed name

Chace Ruttenberg & Freedman, LLP
Firm name

One Park Row, Ste 300
Number Street

Providence | RI | 02903
City | State | ZIP Code

401-453-6400
Contact phone

rland@crfllp.com
Email Address

Bar number

RI
State