***UNITED STATES BANKRUPTCY COURT***
***DISTRICT OF RHODE ISLAND***

In Re: Interval Owners' Association: The Bay Voyage, Inc.

Debtor(s)

BK No. 1:26−bk−11002

Chapter 11

## *NOTICE OF COURT HEARING*

Please be advised that a hearing will be held on 11/25/26 at 02:00 PM at: U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 to consider and act upon the following:

[13] Motion for Expedited Determination re: Debtors Application For Entry Of An Order Authorizing Debtor To Employ And Retain Omni Agent Solutions, Inc. As Claims And Noticing Agent Effective As Of The Petition Date filed by Interval Owners' Association: The Bay Voyage, Inc.

Please consult local rule 5072−1 for appropriate courtroom decorum for all hearings.

If familiarization or training with courtroom technology is desired, please contact the Clerk's Office as far as possible in advance of the hearing to arrange for assistance.

Frank J. Perry
Acting Clerk of Court

Date: **11/10/26**

Entered on Docket: **11/10/26**
Document Number: **14 − 13**

500.jsp