**United States Bankruptcy Court**
**District of Rhode Island**

In re Interval Owners' Association: The Bay Voyage, Inc. — Debtor(s)

Case No. 26-

Chapter 11

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Interval Owners' Association: The Bay Voyage, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

11/10/2026
Date

/s/ Richard J. Land
Richard J. Land
Signature of Attorney or Litigant
Counsel for Interval Owners' Association: The Bay Voyage, Inc.

Chace Ruttenberg & Freedman, LLP
One Park Row, Ste 300
Providence, RI 02903
Fax: (401) 453-6411
rland@crfllp.com