Debtor name: **Interval Owners' Association: The Bay Voyage, Inc.**

United States Bankruptcy Court for the , District of **RHODE ISLAND**

Case number (If known): **26-bk-11002**

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206 A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206 D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206 E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206 G)
- ☐ *Schedule H: Codebtors* (Official Form 206 H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Signed by:

Brennan Handfield

A76473234252441...

Executed on: 11/06/2026
MM / DD / YYYY

Signature /s/ Brennan Handfield

Printed Name Brennan Handfield

Title President

**Fill in this information to identify the case:**

Debtor name: **Interval Owners' Association: The Bay Voyage, Inc.**

United States Bankruptcy Court for the District of **RHODE ISLAND**

Case number (If known): **26-**

☐ **Check if this is an amended filing**

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Vacation Resort Management, Inc<br>f/k/a Wyndham Vacation Management, Inc<br>501 W Church St<br>Orlando, FL 32805 | | | Contingent<br>Unliquidated | | | Unknown |
| 2 | The Bay Voyage Condominium Association<br>150 Conanicus Ave<br>Jamestown, RI 02835 | | | Contingent<br>Unliquidated<br>Disputed | | | Unknown |